**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-2074**

─────────────

DAVID A. BABB,

                              Plaintiff - Appellant,

        versus

U.S. DRUG ENFORCEMENT AGENCY,

                              Defendant - Appellee,

        and

WILLIAM LUNSFORD, Seizing DEA Agent,

                                      Defendant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-97-1553-6-20AK)

─────────────

Submitted:  January 12, 1999        Decided:  January 26, 1999

─────────────

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David A. Babb, Appellant Pro Se.  Marvin Jennings Caughman, Assis-
tant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Babb appeals the district court's order granting him partial relief in this civil action, but dismissing his claim against Defendant Lunsford. We have reviewed the record and the district court's opinion partially accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Babb v. DEA, No. CA-97-1553-6-20AK (D.S.C. May 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2